No. 347, Misc. GALLEGOS *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari granted. *James G. Mothersead, Floyd E. Wright* and *Robert G. Simmons, Jr.* for petitioner. *Clarence S. Beck,* Attorney General of Nebraska, *Walter E. Nolte,* Deputy Attorney General, and *Homer L. Kyle,* Assistant Attorney General, for respondent.

No. 452, Misc. JENNINGS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari granted. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, for respondent.

No. 481, Misc. LA FRANA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari granted. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, for respondent.

No. 387. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, DISTRICT COUNCIL OF KANSAS CITY, MISSOURI, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Clif Langsdale* for petitioners. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Winthrop A. Johns* for respondent.

No. 611. MALOY *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 662. CITIES SERVICE OIL Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *George H. Colin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.